[No. 67362-9-I. Division One. December 3, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ADELE EVELYN EWING, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 06-1-00432-3, Nelson E. Hunt, J., entered July 1, 2010. *Affirmed* by unpublished opinion per Ellington, J. Pro Tem., concurred in by Schindler and Lau, JJ.

[Nos. 67466-8-I; 67467-6-I; Division One. December 3, 2012.]
67468-4-I.

ANNE E. OMAN ET AL., *Appellants*, v. SEAN THORNE ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 10-2-04270-9, Susan J. Craighead, J., entered April 8, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Becker, JJ.

[No. 67570-2-I. Division One. December 3, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLI RENEE ALVARADO, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 11-8-00026-3, Alfred L. Heydrich, J. Pro Tem., entered July 29, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Grosse and Schindler, JJ.

[No. 67615-6-I. Division One. December 3, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JONNIE LEE LAY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-06751-1, Beth M. Andrus, J., entered August 17, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Lau, JJ.